UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JAMES L. WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-2165 |
| ) | |
| EASTERN ILLINOIS UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF INTEREST

COMES NOW John A. Baker, counsel of record for the Plaintiff, James L. Williams, and furnishes the following list in compliance with Rule 1.6(E) of this Court.

1. That the full name of the Plaintiff is James L. Williams.

2. That the Plaintiff is not a corporation.

3. That the office of Baker, Baker & Krajewski, LLC is the law office representing the Plaintiff. John A. Baker is the attorney of record in the above captioned proceeding.

                                                                      s/ John A. Baker
                                                                       JOHN A. BAKER

  September 18, 2007
        DATE

John A. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
(217) 522-3445