**E-FILED**
Tuesday, 25 September, 2007  02:19:18 PM
Clerk, U.S. District Court, ILCD

## NOTICE OF LAWSUIT AND REQUEST FOR
## WAIVER OF SERVICE FOR SUMMONS

TO: (A) EASTERN ILLINOIS UNIVERSITY (B) Defendant (C)

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the (D) Central District of Illinois, Urbana Division and has been assigned docket number (E) 07-2165.

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within thirty (30) days after the date designed below as the date on which this Notice and Request is sent. I enclosed a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before sixty days from the date designated below as the date on which this notice is sent (or before 90 days from that date if you address is not in any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection please read the statement concerning the duty of parties to waive the service of the summons, which is set forth on the reverse side (or at the foot) of the waiver form.

I affirm that this request is being sent to you on behalf of the Plaintiff this 25th day of September, 2007.

Signature of Plaintiff's Attorney

(A) - Name of individual defendant or name of officer or agent of corporation
(B) - title or other relationship of individual to corporate defendant.
(C) - name of corporate defendant, if any
(D) - district
(E) - docket number of action
(F) - addressee must be given at least 30 days in which to return waiver

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 1.31 |
| Certified Fee | | 2.65 |
| Return Receipt Fee (Endorsement Required) | | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage | | 6.11 |

Postmark Here

7006 0100 0000 6119 2805

Sent To    Robert Miller
           General Counsel
Street, Apt. No.;  Eastern Illinois University
or PO Box No.
           600 Lincoln Avenue
City, State, ZIP+