E-FILED
Friday, 05 October, 2007  03:56:44 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| JAMES WILLIAMS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 07-2165 |
| | ) | |
| EASTERN ILLINOIS UNIVERSITY, | ) | |
| | ) | |
| Defendants. | ) | |

### ENTRY OF APPEARANCE

NOW COMES Nathaniel E. Strickler of HEYL, ROYSTER, VOELKER & ALLEN, and hereby enters his appearance in the above-captioned cause on behalf of the Defendant, EASTERN ILLINOIS UNIVERSITY. I certify that I am admitted to practice in this Court.

EASTERN ILLINOIS UNIVERSITY,
Defendant

s/        Nathaniel E. Strickler

Nathaniel E. Strickler #6290865
Bradford B. Ingram #3127206
Attorney for Defendant
HEYL, ROYSTER, VOELKER & ALLEN
124 S.W. Adams, Suite 600
Peoria, IL 61602
(309) 676-0400
(309) 676-3374 (fax)
nstrickler@hrva.com
bingram@hrva.com

HEYL ROYSTER
VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

## CERTIFICATE OF SERVICE

     I hereby certify that on October 5, 2007, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John A. Baker
415 south 7th Street
Springfield, IL 32701
(217) 522-3445
(217) 522-8243 (fax)
johnbakerlaw@global.net

                                            s/     Nathaniel E. Strickler
                               HEYL, ROYSTER, VOELKER & ALLEN
                                    124 S.W. Adams, Suite 600
                                        Peoria, IL 61602
                                          (309) 676-0400
                                       (309) 676-3374 (fax)
                                          nstrickler@hrva.com

HEYL ROYSTER
VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

NES/bls
G:\R6458EOA 002