E-FILED
Tuesday, 09 October, 2007  10:10:16 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JAMES WILLIAMS, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 07-2165 |
| | ) |
| EASTERN ILLINOIS UNIVERSITY, | ) |
| | ) |
| Defendants. | ) |

### ENTRY OF APPEARANCE

NOW COMES Debra L. Stegall of HEYL, ROYSTER, VOELKER & ALLEN, and hereby enters her appearance in the above-captioned cause on behalf of the Defendant, EASTERN ILLINOIS UNIVERSITY. I certify that I am admitted to practice in this Court.

EASTERN ILLINOIS UNIVERSITY,
Defendant

s/    Debra L. Stegall
Debra L. Stegall #6206488
Attorney for Defendant
HEYL, ROYSTER, VOELKER & ALLEN
124 S.W. Adams, Suite 600
Peoria, IL 61602
(309) 676-0400
(309) 676-3374 (fax)
dstegall@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2007, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John A. Baker
415 south 7th Street
Springfield, IL 32701
(217) 522-3445
(217) 522-8243 (fax)
johnbakerlaw@global.net

                                                  s/   Debra L. Stegall
                                  HEYL, ROYSTER, VOELKER & ALLEN
                                        124 S.W. Adams, Suite 600
                                             Peoria, IL 61602
                                               (309) 676-0400
                                           (309) 676-3374 (fax)
                                                 dstegall@hrva.com

R6458EOA 003

HEYL ROYSTER VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400