E-FILED
Tuesday, 20 November, 2007  08:13:22 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ROBERT LEONARD, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 07-2172 |
| | ) |
| EASTERN ILLINOIS UNIVERSITY, | ) |
| | ) |
| Defendants. | ) |

## ANSWER

NOW COMES the Defendant, EASTERN ILLINOIS UNIVERSITY (EIU), by its attorneys, HEYL, ROYSTER, VOELKER & ALLEN, and for its Answer to the Complaint, states as follows:

## JURISDICTION

EIU denies any actions against it are justified pursuant to 28 U.S.C. 1331 & 1337. EIU denies any actions against it are justified pursuant to Title VII of the Civil Rights Act of 1964.

EIU admits that the venue of this Court is proper.

1.  EIU admits it is a public institution of higher education. EIU denies the remaining allegations of Paragraph 1.

2.  EIU continuously employed more than 20 employees for each working day in each of 20 or more calendar weeks in the current or preceding calendar year. EIU admits it is an employer subject to Title VII.

3.  EIU lacks sufficient information to form a belief as to the truth of allegations of Paragraph 3, and therefore, denies the same.

4.  EIU denies the allegations of Paragraph 4.

5.  EIU lacks sufficient information to form a belief as to the truth of the allegations of Paragraph 5, and therefore, denies same.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

6. EIU admits the plaintiff came to EIU's Office of Civil Rights to discuss an issue regarding supervisory personnel. EIU denies the plaintiff filed any formal complaint with EIU's Office of Civil Rights.

7. EIU denies the allegations contained in Paragraph 7.

8. EIU denies the allegations of Paragraph 8.

9. EIU denies the allegations of Paragraph 9.

10. EIU denies the allegations of Paragraph 10.

11. Plaintiff's prayer for punitive damages must be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6) because EASTERN ILLINOIS UNIVERSITY is a public university, and governmental entities are exclusively exempt from punitive damages under 42 U.S.C. Section 1981(a)(b)(1).

WHEREFORE, Defendant, EASTERN ILLINOIS UNIVERSITY, prays that judgment be rendered in its favor and against the Plaintiff, ROBERT LEONARD, and that it may have its costs herein.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff failed to exhaust his administrative remedies.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff is precluded from bringing any claims that are beyond the scope of his charges of discrimination.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the statute of limitations imposed under Title VII.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff failed to make a formal complaint of discrimination that forms the basis of

HEYL ROYSTER
VOELKER
& ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

his retaliation charge.

## FIFTH AFFIRMATIVE DEFENSE

EIU had legitimate non-discriminatory reasons for its conduct.

## SIXTH AFFIRMATIVE DEFENSE

Defendant, EIU, exercised reasonable care to prevent and correct promptly any alleged discrimination against plaintiff, Robert Leonard.  Further, EIU asserts it took no adverse employment action against the plaintiff, Robert Leonard.  Moreover, plaintiff failed to mitigate any alleged harm.

                         EASTERN ILLINOIS UNIVERSITY,
                                  Defendant


                      /s/   Bradford B. Ingram
                    Bradford B. Ingram  #3127206
                      Attorney for Defendant
            HEYL, ROYSTER, VOELKER & ALLEN
                  124 S.W. Adams, Suite 600
                        Peoria, IL 61602
                          (309) 676-0400
                    (309) 676-3374 (fax)
                        bingram@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

CERTIFICATE OF SERVICE

     I hereby certify that on November 19, 2007, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John A. Baker
415 south 7th Street
Springfield, IL 32701
(217) 522-3445
(217) 522-8243 (fax)
johnbakerlaw@global.net

                                            s/    Bradford B. Ingram
                                      HEYL, ROYSTER, VOELKER & ALLEN
                                          124 S.W. Adams, Suite 600
                                                  Peoria, IL 61602
                                                     (309) 676-0400
                                                 (309) 676-3374 (fax)
                                                     bingram@hrva.com

NES/bls
G:\R6457PAN 001

HEYL ROYSTER
VOELKER
&ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400