IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |  |
|---|---|---|
| JAMES WILLIAMS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 07-2165 |
| | ) | |
| EASTERN ILLINOIS UNIVERSITY, | ) | |
| | ) | |
| Defendants. | ) | |

## ANSWER AND AFFIRMATIVE DEFENSES

NOW COMES the Defendant, EASTERN ILLINOIS UNIVERSITY (EIU), by its attorneys, HEYL, ROYSTER, VOELKER & ALLEN, and for its Answer to the Complaint, states as follows:

## JURISDICTION

EIU denies any actions against it are justified pursuant to Title VII of the Civil Rights Act of 1964, codified as 42 U.S.C. § 2000 *et. seq.* to invoke the jurisdiction of this Court pursuant to 28 U.S.C. § § 1331 and 1337. EIU denies the remaining allegations of this paragraph.

EIU admits that the venue of this Court is proper.

## ALLEGATION COMMON TO ALL COUNTS

1. EIU admits the allegations contained in paragraph 1.

2. EIU denies the allegations contained in paragraph 2.

3. EIU denies the allegations contained in paragraph 3.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

4. EIU admits it is a public institution of higher education. EIU denies the remaining allegations of paragraph 4.

5. EIU admits that it employs more than 500 employees, and is an employer under Title VII of the Civil Rights Act of 1964.

6. EIU re-alleges and incorporates by reference paragraphs 1 through 5 of its Answer to Plaintiff's Complaint against Eastern Illinois University as though fully set forth herein.

7. EIU denies the allegations of Paragraph 7.

8. EIU denies the allegations of Paragraph 8.

Plaintiff's prayer for punitive and exemplary damages must be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6), because Eastern Illinois University is a public university and governmental entities are exclusively exempt from punitive damages under 42 U.S.C. § 1981a(b)(1).

WHEREFORE, Defendant, EASTERN ILLINOIS UNIVERSITY, prays that judgment be rendered in its favor and against the Plaintiff, JAMES WILLIAMS, and that it may have its costs herein.

## COUNT II

9. Defendant, EIU, hereby re-alleges and incorporates by reference paragraphs 1 through 8 of its Answer to Plaintiff's Complaint against Eastern Illinois University as though fully set forth herein.

10. EIU admits Williams complained to EIU's Office of Civil Rights, but denies there is any merit to plaintiff's claims of racial discrimination.

11. EIU denies the allegations contained in paragraph 11.

12. EIU denies the allegations contained in paragraph 12.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

13.    EIU denies the allegations contained in paragraph 13.

Plaintiff's prayer for punitive/exemplary damages must be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6), because Eastern Illinois is a public university and governmental entities are exclusively exempt from punitive damages under 42 U.S.C. § 1981a(b)(1).

WHEREFORE, Defendant, EASTERN ILLINOIS UNIVERSITY, prays that judgment be rendered in its favor and against the Plaintiff, JAMES WILLIAMS, and that it may have its costs herein.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff failed to exhaust his administrative remedies.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff is precluded from bringing any claims that are beyond the scope of his charges of discrimination in the administrative complaint.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the statute of limitations imposed under Title VII.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff failed to make a formal complaint of discrimination that forms the basis of his retaliation charge.

### FIFTH AFFIRMATIVE DEFENSE

EIU had legitimate non-discriminatory reasons for its conduct.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff suffered no act of retaliation such that it would dissuade a reasonable person from complaining about discrimination.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

## SEVENTH AFFIRMATIVE DEFENSE

Defendant, EIU, exercised reasonable care to prevent and correct promptly any alleged discrimination against plaintiff, James Williams.  Further, EIU asserts it took no adverse employment action against the plaintiff, James Williams.  Moreover, plaintiff failed to mitigate any alleged harm.

> EASTERN ILLINOIS UNIVERSITY,
> Defendant
>
> s/     Bradford B. Ingram
>        Bradford B. Ingram  #3127206
>        Attorney for Defendant
>        HEYL, ROYSTER, VOELKER & ALLEN
>        124 S.W. Adams, Suite 600
>        Peoria, IL 61602
>        (309) 676-0400
>        (309) 676-3374 (fax)
>        bingram@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

CERTIFICATE OF SERVICE

  I hereby certify that on November 20, 2007, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John A. Baker
415 south 7th Street
Springfield, IL 32701
(217) 522-3445
(217) 522-8243 (fax)
johnbakerlaw@global.net

           s/ Bradford B. Ingram
           HEYL, ROYSTER, VOELKER & ALLEN
           124 S.W. Adams, Suite 600
           Peoria, IL 61602
           (309) 676-0400
           (309) 676-3374 (fax)
           bingram@hrva.com

HEYL ROYSTER
VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400