UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

JAMES L. WILLIAMS,            )
                              )
         Plaintiff,           )
                              )    Case No. 07-2165
    vs.                       )
                              )
EASTERN ILLINOIS UNIVERSITY,  )
                              )
         Defendant.

**CERTIFICATE OF INTEREST**

NOW COMES the Defendant, EASTERN ILLINOIS UNIVERSITY, by Debra L. Stegall, of the law firm of HEYL, ROYSTER, VOELKER & ALLEN, and for its Certificate of Interest states as follows:

The undersigned, counsel of record for EASTERN ILLINOIS UNIVERSITY, a public university and an alter-ego of the State of Illinois, furnishes the following in compliance with Rule 11.3 of this Court.

1.  The full name of every party or amicus the attorney represents in a case.

    **Answer**:   Eastern Illinois University

2.  If such party or amicus is a corporation:

    (a)   Its parent corporation, if any; and

    **Answer**:   None

    (b)   A list of corporate stockholders which are publicly held companies owning 10 percent or more of the stock of the party or amicus.

    **Answer**:   None

HEYL ROYSTER
VOELKER
& ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

1

3. The name of all law firms whose partners or associates appear for a party or are expected to appear for the party in this court.

   **Answer**:  Heyl, Royster, Voelker & Allen

        EASTERN ILLINOIS UNIVERSITY,
           Defendant

    BY: ___s/Debra L. Stegall___
        HEYL, ROYSTER, VOELKER & ALLEN
           Debra L. Stegall
           #6206488

**HEYL ROYSTER VOELKER & ALLEN**

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2007, I electronically filed the foregoing Certificate of Interest with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John A. Baker
415 South 7th Street
Springfield, IL 32701
(217) 522-3445
(217) 522-8243 (fax)
johnbakerlaw@global.net

                                              s/ Debra L. Stegall
                                              Debra L. Stegall #6206488
                                              Attorney for Defendant,

                                    HEYL, ROYSTER, VOELKER & ALLEN
                                          124 S.W. Adams, Suite 600
                                                 Peoria, IL 61602
                                                    (309) 676-0400
                                               (309) 676-3374 (fax)
                                                 dstegall@hrva.com

**HEYL ROYSTER**
**VOELKER & ALLEN**