E-FILED
Monday, 17 December, 2007  09:37:10 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JAMES WILLIAMS, | )<br>) |
| Plaintiff, | )<br>) Case No. 07-2165 |
| vs. | )<br>) |
| EASTERN ILLINOIS UNIVERSITY | )<br>) |
| Defendant. | ) |

## PROPOSED SCHEDULING AND DISCOVERY PLAN

Pursuant to Federal Rules of Civil Procedure 16, 26(f) and Local Rule 16.2, a meeting of the parties, through his counsel, Plaintiff, JAMES WILLIAMS, by John A. Baker of Baker, Baker & Krajewski and Defendant, EASTERN ILLINOIS UNIVERSITY, by Bradford B. Ingram and Debra L. Stegall of HEYL, ROYSTER, VOELKER & ALLEN, was held on December 14, 2007. Scheduling and discovery plans were discussed and agreed to as follows:

1. The parties will serve their respective Rule 26(a)(1) Disclosures on or before February 15, 2008.

2. The parties shall serve initial written discovery requests on or before May 1, 2008.

3. Plaintiffs shall disclose expert witnesses in accordance with Rule 26(a)(2) on or before October 15, 2008.

4. Depositions of Plaintiffs' experts shall be completed on or before

HEYL ROYSTER
VOELKER
&ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

December 15, 2008.

    5.    Defendant shall disclose its expert witnesses in accordance with Rule 26(a)(2) on or before February 1, 2009.

    6.    Joinder of additional parties and amendment of the pleadings shall be completed by April 1, 2008.

    7.    Depositions of Defendant's experts shall be completed on or before March 1, 2009.

    8.    Discovery shall be completed not later than April 1, 2009.

    9.    Dispositive motions shall be filed on or before August 1, 2009.

| James Williams, Plaintiff | EASTERN ILLINOIS UNIVERSITY, Defendant |
|---|---|
| BY: s/ John A. Baker<br>John A. Baker | BY: s/ Bradford B. Ingram<br>HEYL, ROYSTER, VOELKER & ALLEN<br>Bradford B. Ingram |

**HEYL ROYSTER**
**VOELKER & ALLEN**

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. John A. Baker
Baker, Baker & Krajewski
415 S. Seventh
Springfield, IL 62707
johnbakerlaw@sbcglobal.net

                                                  s/    Bradford B. Ingram
                                              Bradford B. Ingram #3127206
                                              Attorney for Defendant
                                              Heyl, Royster, Voelker & Allen, P.C.
                                              124 S.W. Adams St., Suite 600
                                              Peoria, IL 61602
                                              Phone (309) 676-0400
                                              Facsimile (309) 676-3374
                                              bingram@hrva.com
                                              dstegall@hrva.com

G:\58\R6458\R6458PMI 001 Discovery Plan #1.wpd

HEYL ROYSTER VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400