IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JAMES L. WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 07-2165 |
| vs. | ) |
| | ) |
| EASTERN ILLINOIS UNIVERSITY, | ) |
| | ) |
| Defendant. | |

**CERTIFICATE OF COMPLIANCE**

**THE UNDERSIGNED** hereby certifies that on the 15th day of January 2008, the Defendant, Eastern Illinois University, by its attorneys, HEYL, ROYSTER, VOELKER & ALLEN, served upon Plaintiff Rule 26(a)(1) disclosures in an envelope with first class postage fully prepaid and depositing the same in a United States Post Office Mail Box at Peoria, Illinois.

Date in Peoria, Illinois, this 15th day of January 2008.

EASTERN ILLINOIS UNIVERSITY,
Defendant

BY:         s/Debra L. Stegall

Debra L. Stegall #6206488
Attorney for Defendant
Heyl, Royster, Voelker & Allen
124 S.W. Adams, Suite 600
Peoria, IL 61602
Phone (309) 676-0400
Facsimile (309) 676-3374
dstegall@hrva.com

HEYL ROYSTER
VOELKER &ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2008, I electronically filed the foregoing Certificate of Interest with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John A. Baker
415 South 7th Street
Springfield, IL 32701
(217) 522-3445
(217) 522-8243 (fax)
johnbakerlaw@global.net

                                              s/ Debra L. Stegall
Debra L. Stegall #6206488
Attorney for Defendant,

HEYL, ROYSTER, VOELKER & ALLEN
124 S.W. Adams, Suite 600
Peoria, IL 61602
(309) 676-0400
(309) 676-3374 (fax)
dstegall@hrva.com

**HEYL ROYSTER**
**VOELKER**
**& ALLEN**

**Suite 600**
**124 S.W. Adams Street**
**Peoria, IL 61602-1352**
**Fax (309) 676-3374**
**(309) 676-0400**

2