UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| JAMES WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.   07-2165 |
| | ) | |
| EASTERN ILLINOIS UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

**Certificate of Service**

A copy of the following:

- Plaintiff's Rule 26(a)(1) Initial Disclosures

were served upon:

Debra Stegall
Heyl Royster Voelker & Allen
124 S.W. Adams Suite 600
Peoria, Illinois 61602

by depositing said documents in the regular U.S. Mail on this 17th day of January, 2008.

_____
John A. Baker

John A. Baker
Baker, Baker & Krajewski
415 South Seventh Street
Springfield, Illinois 62701
(217) 522-3445