E-FILED
Friday, 18 January, 2008  11:25:19 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JAMES WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 07-2165 |
| | ) | |
| EASTERN ILLINOIS UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

## CASE MANAGEMENT ORDER #1

This case is before the court pursuant to Fed. R. Civ. P. 16. The plaintiff appeared through John A. Baker, Esq. The defendant appeared through Bradford B. Ingram, Esq.

The parties have submitted a proposed scheduling and discovery plan. The court amends and supplements the plan as follows:

1. The parties shall have until April 1, 2008 to amend the pleadings or join additional parties.

2. Initial written discovery requests shall be served on or before May 1, 2008.

3. The plaintiff shall identify expert witnesses and provide Rule 26 expert reports by September 15, 2008. The plaintiff's experts shall be deposed by October 10, 2008. The defendant shall identify experts witnesses and provide Rule 26 expert reports by November 3, 2008. The plaintiff shall identify rebuttal experts and provide Rule 26 expert reports by November 28, 2008.

4. All discovery shall be commenced in time to be completed by November 28, 2008.

5. Dispositive motions shall be filed no later than December 15, 2008. Responses and replies shall be filed in accordance with this court's Local Rules.

6. A final pretrial conference is scheduled for March 11, 2009, at 1:30 p.m. by personal appearance.

7. Jury selection and jury trial are scheduled to begin on March 23, 2009, at 9:00 a.m. before the court sitting in Urbana, Illinois.

8.  A status conference will be held on April 18, 2008, at 1:30 p.m. by telephone conference call.  The court will initiate the call.

Enter this 18th of January, 2008.

**s\Harold A. Baker**
_____
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE

2