E-FILED
Tuesday, 29 April, 2008   01:25:45 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JAMES WILLIAMS, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 07-2165 |
| | ) |
| EASTERN ILLINOIS UNIVERSITY, | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATION OF COUNSEL

NOW COMES the Defendant, EASTERN ILLINOIS UNIVERSITY, by HEYL, ROYSTER, VOELKER & ALLEN, and certifies that Defendant has this date served upon the Plaintiff the following discovery:

**DEFENDANT'S INTERROGATORIES TO PLAINTIFF**

**DEFENDANT'S REQUEST TO PRODUCE PROPOUNDED TO PLAINTIFF**

EASTERN ILLINOIS UNIVERSITY,
Defendant

/s/    Nathaniel E. Strickler
Bradford B. Ingram
Ill. Bar #3127206
bingram@hrva.com
Debra L. Stegall
Ill. Bar #6206488
dstegall@hrva.com
Nathaniel E. Strickler
Ill. Bar #6290865
nstrickler@hrva.com
Attorneys for Defendant
HEYL, ROYSTER, VOELKER & ALLEN
124 S.W. Adams, Suite 600
Peoria, IL 61602
(309) 676-0400
(309) 676-3374 (fax)

HEYL ROYSTER VOELKER & ALLEN
Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

## CERTIFICATE OF SERVICE

The undersigned certified that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause by e-mail to such attorneys at the e-mail address listed in the court's CM/ECF electronic filing system and by enclosing the same in an envelope addressed to such attorneys at their business address as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office Box in Peoria, Illinois, on the 29th day of April 2008.

John A. Baker
415 south 7th Street
Springfield, IL 32701
(217) 522-3445
(217) 522-8243 (fax)
johnbakerlaw@global.net

                                                            /s/        Nathaniel E. Strickler
                                                        HEYL, ROYSTER, VOELKER & ALLEN
                                                        124 S.W. Adams, Suite 600
                                                        Peoria, IL 61602
                                                        (309) 676-0400
                                                        (309) 676-3374 (fax)
                                                        nstrickler@hrva.com

HEYL ROYSTER
VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400