**E-FILED**
Thursday, 01 May, 2008 04:14:34 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| JAMES WILLIAMS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No.   07-2165 |
| EASTERN ILLINOIS UNIVERSITY, | ) ) | |
| Defendant. | ) ) | |

### Certificate of Service

A copy of the following:

- Interrogatories to Eastern Illinois University
- Production Requests to Eastern Illinois University

were served upon:

Debra Stegall
Heyl Royster Voelker & Allen
124 S.W. Adams Suite 600
Peoria, Illinois 61602

by depositing said documents in the regular U.S. Mail on this 1st day of May, 2008.

John A. Baker

John A. Baker
Baker, Baker & Krajewski
415 South Seventh Street
Springfield, Illinois 62701
(217) 522-3445