IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JAMES L. WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 07-2165 |
| vs. ) | |
| ) | |
| EASTERN ILLINOIS UNIVERSITY, ) | |
| ) | |
| Defendant. | |

### CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2008, a copy of a Subpoena to R. R. Donnelly & Sons Printing Company was served upon the attorneys of record of all parties to the above cause by enclosing the same in an envelope addressed to such attorneys at their business address as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office Box in Peoria, Illinois, on the 11th day of June, 2008.

EASTERN ILLINOIS UNIVERSITY,
Defendant

BY:_____s/Bradford B. Ingram_____
    Bradford B. Ingram - #3127206
    Attorney for Defendant
    Heyl, Royster, Voelker & Allen
    124 S.W. Adams, Suite 600
    Peoria, IL 61602
    Phone (309) 676-0400
    Facsimile (309) 676-3374
    bingram@hrva.com

**HEYL ROYSTER**
**VOELKER**
**&ALLEN**

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 11, 2008, I electronically filed the foregoing Certificate of Interest with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John A. Baker
415 South 7th Street
Springfield, IL 32701
(217) 522-3445
(217) 522-8243 (fax)
johnbakerlaw@global.net

                                        s/ Bradford B. Ingram
                                        Bradford B. Ingram - #3127206
                                        Attorney for Defendant,

                                        HEYL, ROYSTER, VOELKER & ALLEN
                                        124 S.W. Adams, Suite 600
                                        Peoria, IL 61602
                                        (309) 676-0400
                                        (309) 676-3374 (fax)
                                        bingram@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

2