IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JAMES L. WILLIAMS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>EASTERN ILLINOIS UNIVERSITY, )<br>)<br>Defendant. ) | CASE NO. 07 - 2165 |

### NOTICE OF TAKING DEPOSITION

TO:   John A. Baker, 415 South Seventh St., Springfield, IL  62707
      Alliance Reporting Service, 6746 North Frostwood Parkway, Peoria, IL 61615

YOU AND EACH OF YOU WILL HEREBY TAKE NOTICE that on August 13, 2008, at 10:00 a.m., the Defendant, EASTERN ILLINOIS UNIVERSITY, will take the deposition of JAMES L. WILLIAMS at the offices of Heyl, Royster, Voelker & Allen, 124 S.W. Adams, Suite 600, Peoria, Illinois, pursuant to Rule 30 and other applicable rules of the Federal Rules of Civil Procedure; that said deposition will be taken on oral interrogatories before Alliance Reporting Service, a Notary Public and Certified Shorthand Reporter, or any other officer authorized by law to take depositions in like cases, at which time and place you may appear if you see fit so to do.

DATED:  June 12, 2008

                                          EASTERN ILLINOIS UNIVERSITY


                                          BY:   s/ Bradford B. Ingram
                                          HEYL, ROYSTER, VOELKER & ALLEN
                                          Bradford B. Ingram    #3127206
                                          Attorney for Defendant
                                          124 S.W. Adams, Suite 600
                                          Peoria, IL 61602
                                          Phone (309) 676-0400
                                          Facsimile (309) 676-3374
                                          bingram@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

## PROOF OF SERVICE

    The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause by enclosing the same in an envelope addressed to such attorneys at their business address as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office Box in Peoria, Illinois, on June 12, 2008.

John A. Baker
415 South 7th Street
Springfield, IL 32701
(217) 522-3445
(217) 522-8243 (fax)
johnbakerlaw@global.net

                                                         s/ Bradford B. Ingram
                                                         Bradford B. Ingram
                                                         Attorney for Defendant
                                                         Heyl, Royster, Voelker & Allen
                                                         124 S.W. Adams, Suite 600
                                                         Peoria, IL 61602
                                                         Phone (309) 676-0400
                                                         Facsimile (309) 676-3374
                                                         bingram@hrva.com

BBI/yet
G:\58\R6458\R6458NOT 001  notice of plaintiff's depo.wpd

HEYL ROYSTER
VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400