E-FILED
Tuesday, 17 June, 2008 01:46:54 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JAMES WILLIAMS, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 07-2165 |
| | ) |
| EASTERN ILLINOIS UNIVERSITY, | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATION OF COUNSEL

NOW COMES the Defendant, EASTERN ILLINOIS UNIVERSITY, by HEYL, ROYSTER, VOELKER & ALLEN, and certifies that Defendant has this date served upon the Plaintiff the following discovery:

**DEFENDANT'S ANSWERS INTERROGATORIES**

**DEFENDANT'S RESPONSES TO REQUEST TO PRODUCE**

**DEFENDANT'S OBJECTIONS TO INTERROGATORIES**

**DEFENDANT'S OBJECTIONS TO REQUESTS TO PRODUCE**

**SUPPLEMENTAL RULE 26(a)(1) INITIAL DISCLOSURES**

EASTERN ILLINOIS UNIVERSITY,
Defendant

/s/ Bradford B. Ingram
Bradford B. Ingram #3127206
Debra L. Stegall #6206488
Attorneys for Defendant

HEYL, ROYSTER, VOELKER & ALLEN
Suite 600, 124 S. W. Adams Street
Peoria, Illinois 61602
(309) 676-0400
(309) 676-3374 (fax)
bingram@hrva.com
dstegall@hrva.com

HEYL ROYSTER
VOELKER & ALLEN

**Suite 600**
**124 S.W. Adams Street**
**Peoria, IL 61602-1352**
**Fax (309) 676-3374**
**(309) 676-0400**