IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JAMES L. WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 07-2165 |
| vs. | ) |
| | ) |
| EASTERN ILLINOIS UNIVERSITY, | ) |
| | ) |
| Defendant. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2008, a copy of a Subpoena to Springfield Veteran's Administration was served upon the attorneys of record of all parties to the above cause by enclosing the same in an envelope addressed to such attorneys at their business address as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office Box in Peoria, Illinois, on the 24th day of June, 2008.

EASTERN ILLINOIS UNIVERSITY,
Defendant

BY:_____s/Bradford B. Ingram_____
Bradford B. Ingram - #3127206
Attorney for Defendant
Heyl, Royster, Voelker & Allen
124 S.W. Adams, Suite 600
Peoria, IL 61602
Phone (309) 676-0400
Facsimile (309) 676-3374
bingram@hrva.com

HEYL ROYSTER
VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

**CERTIFICATE OF SERVICE**

     I hereby certify that on June 24, 2008, I electronically filed the foregoing Certificate of Interest with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John A. Baker
415 South 7th Street
Springfield, IL 32701
(217) 522-3445
(217) 522-8243 (fax)
johnbakerlaw@global.net

                                            s/ Bradford B. Ingram
Bradford B. Ingram - #3127206
Attorney for Defendant,

HEYL, ROYSTER, VOELKER & ALLEN
124 S.W. Adams, Suite 600
Peoria, IL 61602
(309) 676-0400
(309) 676-3374 (fax)
bingram@hrva.com

HEYL ROYSTER
VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400