IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JAMES L. WILLIAMS, | ) |
| Plaintiff, | ) |
| | ) Case No. 07-2165 |
| vs. | ) |
| | ) |
| EASTERN ILLINOIS UNIVERSITY, | ) |
| Defendant. | ) |

**MOTION TO STRIKE PLAINTIFF'S REQUEST FOR EXEMPLARY DAMAGES**

NOW COMES the Defendant, Eastern Illinois University ("EIU"), by HEYL, ROYSTER, VOELKER & ALLEN, its attorneys, and for its Motion to Strike Plaintiff's Request for Exemplary Damages, states the following:

1. On September 11, 2007 Plaintiff filed a Complaint naming EIU as the defendant. In the Complaint, Plaintiff alleged that EIU discriminated against Plaintiff because of his status as an African American. Plaintiff also alleged that EIU subjected Plaintiff to unlawful retaliation. Among other prayers for relief, Plaintiff requested that the court award Plaintiff exemplary damages.

2. Title 42 of the United States Code specifically indicates that public entities are not liable for exemplary damages. 42 U.S.C. § 1981a.

3. EIU is a public entity. *See* 110 ILCs 665/10-1 et. seq.; *see also Grimes v. Eastern Ill. Univ.*, 710 F.2d 386, 387 (7th Cir. 1983); *Bd. of Regents of Regency Univ. Sys. v. Reynard*, 292 Ill. App. 3d 968, 978 (4th Dist. 1997).

WHEREFORE, EIU prays that this Court enter an order granting its Motion to Strike Plaintiff's request for exemplary damages and for such other and further relief as the Court deems

HEYL ROYSTER
VOELKER
& ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

necessary and proper.

> EASTERN ILLINOIS UNIVERSITY,
> Defendant
>
> /s/ Nathaniel E. Strickler
> Bradford B. Ingram #3127206
> Debra L. Stegall #6206488
> Nathaniel E. Strickler #6290865
> Attorneys for Defendant
>
> HEYL, ROYSTER, VOELKER & ALLEN
> Suite 600, 124 S. W. Adams Street
> Peoria, Illinois 61602
> (309) 676-0400
> (309) 676-3374 (fax)
> bingram@hrva.com
> dstegall@hrva.com
> nstrickler@hrva.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2008, I electronically filed the foregoing Motion to Strike Plaintiff's Request for Exemplary Damages with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John A. Baker
415 South 7th Street
Springfield, IL 32701
(217) 522-3445
(217) 522-8243 (fax)
johnbakerlaw@global.net

> /s/   Nathaniel E. Strickler
> HEYL, ROYSTER, VOELKER & ALLEN
> 124 S.W. Adams, Suite 600
> Peoria, IL 61602
> (309) 676-0400
> (309) 676-3374 (fax)
> nstrickler@hrva.com

HEYL ROYSTER VOELKER & ALLEN
Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

-2-

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JAMES L. WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 07-2165 |
| vs. ) | |
| ) | |
| EASTERN ILLINOIS UNIVERSITY, ) | |
| ) | |
| Defendant. | |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION TO STRIKE
PLAINTIFF'S REQUEST FOR EXEMPLARY DAMAGES**

NOW COMES the Defendant, Eastern Illinois University ("EIU"), by HEYL, ROYSTER, VOELKER & ALLEN, its attorneys, and for its Motion to Strike Plaintiff's Request for Exemplary Damages, states the following:

**I.     Plaintiff's request for exemplary damages against EIU must be dismissed with prejudice because EIU is a public entity.**

Paragraphs 8(c) of Count I and 13(c) of Count II of plaintiff's complaint make the same requests for relief alleging, "Williams respectfully requests that this Court enter judgment in his favor and against EIU, and provide the following relief: . . . Award Williams compensatory and exemplary damages to the extent permitted by law."

Eastern Illinois University ("EIU") is a government entity. *See* 110 ILCS 665/10-1 et. seq.; 705 ILCS 505/8(d) (listing EIU as one of the many state universities that must be sued in the Illinois Court of Claims for actions sounding in tort); *Grimes v. Eastern Ill. Univ.*, 710 F.2d 386, 387 (7th Cir. 1983) (stating EIU is a public university); *Bd. of Regents of Regency Univ. Sys. v. Reynard*, 292 Ill. App. 3d 968, 978 (4th Dist. 1997) (citing an Illinois Attorney General opinion

HEYL ROYSTER
VOELKER
& ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

stating EIU is a public corporation subject to the Open Meetings Act and the Freedom of Information Act).  Government entities are exempt from punitive damages.  42 U.S.C. § 1981a; *see also Alexander v. Northeastern Ill. Univ.*, 2007 WL 1576130, at 4 (N.D. Ill. 2007) (finding that Northeastern Illinois University was not liable for punitive damages because it was a government entity).  Title VII of the Civil Rights Act of 1964 provides that a "complaining party may recover punitive damages under this section against a respondent (other than a government, government agency, or political subdivision). . . ." 42 U.S.C. § 1981a(b)(1); *see also Baker v. Runyon*, 114 F.3d 668, 669 (7th Cir. 1997), *cert. denied* 525 U.S. 929 (1998).  Therefore, plaintiff's request for exemplary damages should be stricken pursuant to Rule 12(f) of the Federal Rules of Civil Procedure.

WHEREFORE, Eastern Illinois University prays that this Court enter an order granting its Motion to Strike Plaintiff's request for exemplary damages and for such other and further relief as the Court deems necessary and proper.

EASTERN ILLINOIS UNIVERSITY,
Defendant

/s/ Nathaniel E. Strickler

Bradford B. Ingram #3127206
Debra L. Stegall #6206488
Nathaniel E. Strickler #6290865
Attorneys for Defendant

HEYL, ROYSTER, VOELKER & ALLEN
Suite 600, 124 S. W. Adams Street
Peoria, Illinois 61602
(309) 676-0400
(309) 676-3374 (fax)
bingram@hrva.com
dstegall@hrva.com
nstrickler@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

-3-

**CERTIFICATE OF SERVICE**

   I hereby certify that on August 12, 2008, I electronically filed the foregoing Memorandum of Law in Support of Motion to Strike Plaintiff's Request for Exemplary Damages with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John A. Baker
415 South 7th Street
Springfield, IL 32701
(217) 522-3445
(217) 522-8243 (fax)
johnbakerlaw@global.net

        /s/     Nathaniel E. Strickler
        HEYL, ROYSTER, VOELKER & ALLEN
        124 S.W. Adams, Suite 600
        Peoria, IL 61602
        (309) 676-0400
        (309) 676-3374 (fax)
        bingram@hrva.com

HEYL ROYSTER
VOELKER & ALLEN