**E-FILED**
Saturday, 30 August, 2008  11:14:13 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | | |
|---|---|---|
| JAMES L. WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.    07-2165 |
| | ) | |
| EASTERN ILLINOIS UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFF'S RESPONSE TO MOTION TO STRIKE

NOW COMES the Plaintiff, James L. Williams [hereafter "Williams"], by and through his attorney of record, John A. Baker, and in response to the motion to strike [d/e 25] filed by the Defendant, Eastern Illinois University [hereafter "EIU"], states as follows:

### I. EIU is correct and the Motion should be Granted

In his complaint Williams seeks "exemplary" or punitive damages against EIU. EIU correctly argues that it is a public entity and Title VII does not allow punitive damages against public entities.  As such, EIU's motion is well founded and the request that punitive damages be stricken should be granted.

James Williams

By: s/John A. Baker
His Attorney

John A. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street

Springfield, Illinois 62701
Telephone:    (217) 522-3445
Facsimile:    (217) 522-8234
E-mail:        *johnbakerlaw@sbcglobal.net*

**Certificate of Service**

This document was filed using this Court's ECF system this 30th day of August, 2008..  A copy will electronically be forwarded to all parties of record.  No copies have been mailed.

By: s/John A. Baker

John A. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
Telephone:    (217) 522-3445
Facsimile:    (217) 522-8234
E-mail:        *johnbakerlaw@sbcglobal.net*