E-FILED
Friday, 05 September, 2008  11:18:50 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JAMES WILLIAMS, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 07-2165 |
| | ) |
| EASTERN ILLINOIS UNIVERSITY, | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATION OF COUNSEL

NOW COMES the Defendant, EASTERN ILLINOIS UNIVERSITY, by HEYL, ROYSTER, VOELKER & ALLEN, and certifies that Defendant has this date served upon the Plaintiff the following discovery:

SECOND SUPPLEMENTAL RULE 26(a)(1) INITIAL DISCLOSURES

EASTERN ILLINOIS UNIVERSITY,
Defendant

/s/ Nathaniel E. Strickler
Bradford B. Ingram #3127206
Debra L. Stegall #6206488
Nathaniel E. Strickler  #6290865
Attorneys for Defendant

HEYL, ROYSTER, VOELKER & ALLEN
Suite 600, 124 S. W. Adams Street
Peoria, Illinois 61602
(309) 676-0400
(309) 676-3374 (fax)
bingram@hrva.com
dstegall@hrva.com
nstrickler@hrva.com

HEYL ROYSTER
VOELKER &ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

## CERTIFICATE OF SERVICE

The undersigned certified that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause by e-mail to such attorneys at the e-mail address listed in the court's CM/ECF electronic filing system and by enclosing the same in an envelope addressed to such attorneys at their business address as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office Box in Peoria, Illinois, on the 5th day of September, 2008.

John A. Baker
Baker, Baker, Krajewski, LLC
415 south 7th Street
Springfield, IL 32701
(217) 522-3445
(217) 522-8243 (fax)
johnbakerlaw@global.net

                                                          /s/ Nathaniel E. Strickler
HEYL, ROYSTER, VOELKER & ALLEN
124 S.W. Adams, Suite 600
Peoria, IL 61602
(309) 676-0400
(309) 676-3374 (fax)
nstrickler@hrva.com

G:\58\R6458\R6458COC 003 discovery responses.wpd

HEYL ROYSTER
VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JAMES WILLIAMS, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 07-2165 |
| EASTERN ILLINOIS UNIVERSITY, | ) |
| Defendants. | ) |

### CERTIFICATION OF COUNSEL

NOW COMES the Defendant, EASTERN ILLINOIS UNIVERSITY, by HEYL, ROYSTER, VOELKER & ALLEN, and certifies that Defendant has this date served upon the Plaintiff the following discovery:

SECOND SUPPLEMENTAL RULE 26(a)(1) INITIAL DISCLOSURES

EASTERN ILLINOIS UNIVERSITY,
Defendant

/s/ Nathaniel E. Strickler
Bradford B. Ingram #3127206
Debra L. Stegall #6206488
Nathaniel E. Strickler  #6290865
Attorneys for Defendant

HEYL, ROYSTER, VOELKER & ALLEN
Suite 600, 124 S. W. Adams Street
Peoria, Illinois 61602
(309) 676-0400
(309) 676-3374 (fax)
bingram@hrva.com
dstegall@hrva.com
nstrickler@hrva.com

HEYL ROYSTER VOELKER & ALLEN
Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

CERTIFICATE OF SERVICE

The undersigned certified that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause by e-mail to such attorneys at the e-mail address listed in the court's CM/ECF electronic filing system and by enclosing the same in an envelope addressed to such attorneys at their business address as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office Box in Peoria, Illinois, on the 5th day of September, 2008.

John A. Baker
Baker, Baker, Krajewski, LLC
415 south 7th Street
Springfield, IL 32701
(217) 522-3445
(217) 522-8243 (fax)
johnbakerlaw@global.net

/s/ Nathaniel E. Strickler
HEYL, ROYSTER, VOELKER & ALLEN
124 S.W. Adams, Suite 600
Peoria, IL 61602
(309) 676-0400
(309) 676-3374 (fax)
nstrickler@hrva.com

G:\58\R6458\R6458COC 003 discovery responses.wpd

HEYL ROYSTER
VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400